Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

              Case No.: 16−30814−KCF
              Chapter: 7
              Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Queen Equities LLC
    428 Clifton Ave.
    Unit #9
    Lakewood, NJ 08701

Social Security No.:

Employer's Tax I.D. No.:
    22−3813991

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Thomas W. Williams, Attorney for Debtor.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☑    Other: Unsigned Petition.

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 11/15/16
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: November 9, 2016
JJW: vpm

                                                                             James J. Waldron
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-30814-KCF
Queen Equities LLC                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Nov 09, 2016
                               Form ID: 170             Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2016.
db            +Queen Equities LLC,    428 Clifton Ave.,    Unit #9,    Lakewood, NJ 08701-3234
516474873     +Bank of New York,    c/o Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,   Suite 100,
                Mount Laurel, NJ 08054-3437
516474876     +Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410
516474880     +Township of Lakewood,    231 Third Street,    Lakewood, NJ 08701-3220
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2016 23:15:43      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2016 23:15:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516474874     +Fax: 407-737-5634 Nov 09 2016 23:59:52      Ocwen Loan Servicing,    1661 Northington Rd,
                Suite 100,    West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516474875*    +Ocwen Loan Servicing,    1661 Northington Rd,    Suite 100,    West Palm Beach, FL 33409-6493
516474879*    +Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410
516474877*    +Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410
516474878*    +Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410
                                                                                  TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
              Barry Frost     trustee@teichgroh.com, NJ94@ecfcbis.com
              Thomas W. Williams     on behalf of Debtor   Queen Equities LLC krecio68@gmail.com
                                                                                         TOTAL: 2
```